IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 18 - CR - 139 - WMC |
| JOHNELL L. BRITT and LAMONTAY D. RIVERA, | 18 U.S.C. § 1951<br>18 U.S.C. § 924(c)(1) |
| Defendants. | |

---

THE GRAND JURY CHARGES:

## COUNT 1

1. At times material to this indictment, the Subway restaurant, 4692 Cottage Grove Road, Madison, Wisconsin, was a business located in the Western District of Wisconsin, which engaged in interstate commerce and obtained inventory and products originating outside the State of Wisconsin.

2. On or about August 20, 2018, in the Western District of Wisconsin, the defendants,

JOHNELL L. BRITT and LAMONTAY D. RIVERA,

knowingly obstructed, delayed, and affected interstate commerce and the movement of articles and commodities in interstate commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants unlawfully took and obtained property, namely cash, of the Subway restaurant, in the presence of employees and against their will by means of actual and threatened force, violence, and

fear of immediate injury to their persons, that is, the defendants brandished firearms at the employees and demanded money from them.

(In violation of Title 18, United States Code, Section 1951.)

## COUNT 2

On or about August 20, 2018, in the Western District of Wisconsin, the defendants,

JOHNELL L. BRITT and LAMONTAY D. RIVERA,

knowingly and unlawfully brandished firearms, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, specifically, the robbery of the Subway restaurant, 4692 Cottage Grove Road, Madison, Wisconsin, in violation of 18 U.S.C. § 1951, as alleged in Count 1 of this indictment.

(In violation of Title 18, United States Code, Section 924(c)(1).)

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 10/10/18

_____
SCOTT C. BLADER
United States Attorney