

**U.S. Department of Justice**

***Scott C. Blader***
***United States Attorney***
***Western District of Wisconsin***

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

November 6, 2018

William R. Jones
Jones Law Firm
PO Box 44188
Madison, WI  53744

    Re:    *United States of America v. Johnell L. Britt et al*
            Case No:  18-cr-00139-wmc

Dear Attorney Jones:

    Enclosed please find supplemental discovery in this case, Bates labeled BR000518-BR000533.

    If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

                                      Very truly yours,

                                      SCOTT C. BLADER
                                    United States Attorney

                                    By:

                                    _____/s/_____
                                    RITA M. RUMBELOW
                                    Assistant United States Attorney

| BegDoc# | EndDoc# | PgCount | Filename | Folder | File Type | DateCreated |
|---|---|---|---|---|---|---|
| BR000518 | BR000518 | 1 | TMobile Call Data 20180819-20180821 | Britt Phone Records | Spreadsheet | 10/16/2018 |
| BR000519 | BR000519 | 1 | TMobile Certification | Britt Phone Records | Adobe Acrobat | 10/16/2018 |
| BR000520 | BR000521 | 2 | TMobile Interpreting Call Detail Records 200180807 | Britt Phone Records | Adobe Acrobat | 10/16/2018 |
| BR000522 | BR000523 | 2 | TMobile Interpreting Subscriber Information | Britt Phone Records | Adobe Acrobat | 10/16/2018 |
| BR000524 | BR000524 | 1 | TMobile Subscriber Info for 6082076343 | Britt Phone Records | Adobe Acrobat | 10/16/2018 |
| BR000525 | BR000525 | 1 | TMobile UTC Information Sheet 20180525 | Britt Phone Records | Adobe Acrobat | 10/16/2018 |
| BR000526 | BR000533 | 8 | TMobile Warrant for Records | Britt Phone Records | Adobe Acrobat | 10/16/2018 |