# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 6/4/2019   DAY: Tuesday   START TIME: 1:07 pm   END TIME: 1:29 pm
JUDGE/MAG.: WMC   CLERK: JLS   REPORTER: CS
PROBATION OFFICER: M. Johnson   INTERPRETER: _____   SWORN:
CASE NUMBER: 18-cr-139-wmc-1   CASE NAME: USA v. Johnell L. Britt

**APPEARANCES:**
AUSA: Rita Rumbelow   DEFENDANT ATTY.: William Jones

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
  TOTAL OFFENSE LEVEL: 23   CRIMINAL HISTORY CATEGORY: 3
  ADVISORY GUIDELINE IMPRISONMENT RANGE: 57 to 71 MONTHS.

**SENTENCE:**
COUNT(S) 1 : ☒ INDICTMENT ☐ INFORMATION
CBOP CT. 1 ; 84 MOS.; 3 YRS. S/R; $ 100 CA; $ ____ REST.; $ ____ FINE.
     CT. ___ ; ___ MOS.; ___ YRS. S/R; $ ___ CA; $ ___ REST.; $ ___ FINE.
  ☐ VOLUNTARY SURRENDER: _____ between _____ and _____;
  ☐ RELEASE CONDITIONS CONTINUED.
  ☒ DETAINED.

**ACTIONS:**
  ☒ PLEA AGREEMENT ACCEPTED
  ☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
  ☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
  ☒ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
  ☐ REVOKED

**NOTES:**
Defendant waives reading of the conditions.

TOTAL COURT TIME: 22 min